HOLLAND & KNIGHT LLP
Ashley L. Shively (SBN 264912)
560 Mission Street, Suite 1900
San Francisco, CA 94105
Telephone: 415.743.6900
E-mail: ashley.shively@hklaw.com

Attorneys for Defendant
The Goodyear Tire & Rubber Company
(erroneously sued as "Goodyear Tire and Rubber Company").

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH T. POSADAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOODYEAR TIRE AND RUBBER COMPANY,<br><br>Defendant. | Case No.: 3:23-cv-00402-L-DDL<br><br>**DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**<br><br>[Fed. R. Civ. P. 7.1; CIVIL RULE 40.2]<br><br>Complaint Filed: March 2, 2023 |

Pursuant to Federal Rules of Civil Procedure 7.1 and 26.1, and Local Rule 7.1-1, the undersigned, counsel of record for Defendant, The Goodyear Tire & Rubber Company ("Goodyear"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

1. Goodyear – Defendant

Goodyear is a publicly traded company, and the following entities own 10% or more of Goodyear's stock:

  BlackRock, Inc.

  Vanguard Group

-1-  Case No. 3:23-cv-00402-L-DDL

2. Holland & Knight LLP – Counsel for Goodyear

3. Ralph T. Posadas – Plaintiff

4. Hausfeld LLP – Counsel for Plaintiff

5. The Murray Law Firm – Counsel for Plaintiff

Dated: May 26, 2023

*/s Ashley L. Shively*
HOLLAND & KNIGHT LLP
Ashley L. Shively

Attorney for Defendant

THE GOODYEAR TIRE & RUBBER COMPANY

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900

-2-   Case No. 3:23-cv-00402-L-DDL
DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

# PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of 18 years and not a party to the above-captioned action; that my business address is 560 Mission Street, Suite 1900, San Francisco, CA 94105.

On May 26, 2023, the following document(s) were served:

**DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

on the interested parties in this action as follows:

**[X]** (**BY Electronic Transfer to the CM/ECF System**) In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and the U.S. District Court of the Central District's General Order governing electronic filing, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Southern District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date.  It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system.  The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 26, 2023, San Francisco, California.

_____
Philip Dobbs

## **SERVICE LIST**

| Steven M. Nathan<br>snathan@hausfeld.com<br>Pacific Trial Attorneys<br>33 Whitehall Street<br>Fourteenth Floor<br>New York City, NY 10034<br>Telephone: (646) 357-1100<br>Facsimile: (212) 202-4322<br><br>*Counsel for Plaintiff* | Ashley L. Shively<br>Ashley.shively@hklaw.com<br>Holland and Knight LLP<br>560 Mission Street, Suite 1900<br>San Francisco, CA 94105<br>Telephone: (415) 743-6900<br>Facsimile: (415) 743-6910<br><br>*Counsel for Defendant* |
|---|---|

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900

-1-    Case No. 3:23-cv-00402-L-DDL
PROOF OF SERVICE