

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ralph T Posadas, individually and on behalf of all others similarly situated | Civil Action No.   23-cv-0402-L-DDL |
| **Plaintiff,** | |
| V. | |
| Goodyear Tire and Rubber Company | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The amended complaint contains no factual allegations that Plaintiff disclosed intimate or sensitive personally identifiable information the capture and use of which can be considered "highly offensive." Accordingly, Defendants' motion to dismiss Plaintiff's claim for intrusion upon seclusion is granted with prejudice and without leave to amend

Date:   12/13/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  D. Martinez

D. Martinez, Deputy